IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY L. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:10cv125-MHT |
| | ) | (WO) |
| BARACK H. OBAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On April 27, 2010, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 6) is adopted and that this case is dismissed without prejudice for the plaintiff's abandonment of his claims, his failure to provide the appropriate documentation or pay the full filing fee, and his failure to comply with the orders of this court.

It is further ORDERED that the application to proceed without prepayment of fees (Doc. # 2) is denied.

DONE, this the 2nd day of June, 2010.

           /s/ Myron H. Thompson          
UNITED STATES DISTRICT JUDGE